JANUARY 2, 2013

No. 12–518. WEC CAROLINA ENERGY SOLUTIONS LLC *v.* MILLER ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1.